# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIFIN, INC., | Case No.: 17-CV-0015-CAB-MDD |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL**<br>[Doc. No. 25] |
| D2 HEALTH MANAGEMENT, LLC, | |
| Defendant. | |

Having considered the parties' Joint Motion to Dismiss with Prejudice and Retain Jurisdiction to Enforce Settlement Agreement [Doc. No. 25], pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court **HEREBY DISMISSES WITH PREJUDICE** all complaints and claims in this action. All parties are to bear their own attorneys' fees and costs.

Notwithstanding the parties' agreement to the contrary, the Court declines to require Magistrate Judge Dembin retain jurisdiction to enforce the terms of the settlement agreement until December 31, 2020. The Clerk of Court shall terminate the case.

It is **SO ORDERED**.

Dated: December 28, 2017

_____

Hon. Cathy Ann Bencivengo
United States District Judge